**Order filed March 1, 2019**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-18-01058-CV
_____

### IN THE INTEREST OF M.T.R., A CHILD, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04856J**

---

## ORDER

This is an accelerated appeal from a decree in a suit in which the termination of the parent-child relationship is at issue. The appellants are C.R., the child's mother, and A.R., the child's grandmother. Mother has established indigence or is presumed to be indigent. _See_ Tex. R. App. P. 20.1(a). As such, she is entitled to appointed counsel. _See_ Tex. Fam. Code Ann. § 107.013(a). The trial court appointed Juliane Crow to represent Mother.

On January 7, 2019, Crow filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she concluded there are no non-frivolous issues for Mother to assert on appeal The *Anders* procedures are applicable to appeals from the termination of parental rights when an appointed counsel determines that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326 (Tex. App.—Houston [14th Dist.] 2004, no pet.). Mother filed a motion to extend time on January 30, 2019 to file a pro se response to Crow's *Anders* brief. We granted an extension to February 25, 2019.

On February 25, attorney Scott Poerschke filed what he described as a "reply brief to appointed counsel's *Anders* brief." He contends there are non-frivolous issues Mother may raise on appeal. Poerschke signed the brief as "attorney[] for Mother."

We order as follows:

1. The judge of the 314th District Court shall **immediately** conduct a hearing, at which Mother, Juliane Crow, Scott Poerschke, and counsel for appellee Texas Department of Family and Protective Services shall participate, either in person or by video teleconference, to determine whether Mother has retained Scott Poerschke to represent her on appeal.

2. If Mother has retained Poerschke, we direct the trial court to consider whether Juliane Crow may withdraw as counsel.

3. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **March 8, 2019**.

PER CURIAM

2